## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| NATIONAL COUNCIL OF EXAMINERS FOR ENGINEERING AND SURVEYING | * * * * | |
| Plaintiff | * * | |
| v. | * * | Civil No. 07-1479(SEC) |
| BETHZAIDA CAMERON-ORTIZ | * * * | |
| Defendant | * | |

**********************************

### ORDER

The instant complaint was filed on June 6, 2007.  Summons were issued and served upon Defendant on July 2, 2007 (see Docket # 7).  Defendant's answer was due on July 23, 2007.  That date has since elapsed, and Defendant has not answered the complaint, nor filed any motion requesting an extension of time to do so.

Despite Defendant's failure to comply with the Federal Rules of Civil Procedure, Plaintiff has not moved the Court for the entry of default or other  relief regarding Defendant's failure to plead, nor has it otherwise demonstrated its continued interest in prosecuting this action.  Accordingly, and in view of Plaintiff's apparent lack of interest in moving this case forward, the Court hereby **ORDERS** Plaintiff to **SHOW CAUSE** by **August 16, 2007** why it should not dismiss this case for failure to prosecute.  Failure to comply with this order will be deemed an acknowledgment of Plaintiff's disinterest in the action and will result in the dismissal of the complaint.

**SO ORDERED.**

In San Juan, Puerto Rico, this 9th day of August, 2007.

S/ Salvador E. Casellas

SALVADOR E. CASELLAS
U.S. Senior District Judge