ENDI.COM    San Juan, Puerto Rico - Wednesday, June 27, 2007, **Updated at 12:54:39 PM**

**Federal Lawsuit against Cameron**
**By Daniel Rivera-Vargas / drivera2@elnuevodia.com**

The woman was already charged in local court with copying the engineering test.

The National Council of Examiners for Engineering and Surveying (NCEES), has filed a suit in Federal Court against Bethzaida Cameron-Ortiz, charged in local court with copying the engineering test.

The federal lawsuit alleges that Cameron-Ortiz violated the copyright and incurred in a breach of contract by copying the tests administered on October 25, 2005, and October 27, 2006.

The complaint asks Judge Salvador Casellas to impose an injunction upon the woman to forbid her (from committing) similar actions in the future, the destruction of every illegal copy of the tests made by Cameron-Ortiz, and to pay for the damages suffered by the Council, in an amount left to the Court's discretion.

Meanwhile, at the preliminary hearing at the Court of First Instance for Mayaguez, it was stated that the Council will spend $1.4 million to amend the test in order not to compromise the integrity of the testing process. The local hearing on two counts of fraud and two of aggravated illegal misappropriation will continue this coming July 2.

The Council is a nonprofit corporation based in South Carolina which dedicated to drafting the annual tests for the licensing of engineers. Under the subtitle "Cameron's subversive conduct", the complaint places that woman's last place of residence as Estrella Street in San Juan, and indicates that she appeared suspicious the day of the test at the University of Puerto Rico in Mayaguez.

"The proctor and the head of examinations observed Cameron's suspicious conduct and realized that she was performing inappropriate plagiarism of the contents of the test (sic)", states the 10-page complaint.

When she was confronted, Cameron-Ortiz denied that she had copied the test. But the officials noticed that she was carrying electronic equipment. Later, they discovered that she had in her jacket, pockets and purse, a transmitter, a video camera, a microphone, and batteries, equipment considered sufficient to copy the contents of the test.

**(Photo caption; "The complaint claims that Cameron-Ortiz, above, must pay for the damages suffered by the Council. She denies having copied the test".)**

-CERTIFIED-
To be a correct translation prepared by:
JAIME D. SOTOMAYOR-PABON
06/27/07
Certified Court Interpreter
Administrative Office of the
United States Courts

El Nuevo Día

San Juan, Puerto Rico - Miércoles, 27 Junio 2007 - Actualizado a las 12:54:39 PM

endi.com

"Son demasiado buenos"
Luis Alicea-Representante de Mercadeo Asegurado
SEGUROS MÚLTIPLES

San Juan 80°F

Bienes Raíces   Empleos   Vehículos   Otros

Buscar   Google

» NOTICIAS   » DEPORTES   » FLASH   » POR DENTRO   » OPINIÓN   » BLOGS   » EDICIÓN IMPRESA   » ÚLTIMA HORA

Regresar a: homepage / Puerto Rico Hoy

# Demanda federal contra Cameron

**Por Daniel Rivera Vargas / drivera2@elnuevodia.com**

La mujer ya fue acusada en el foro estatal de copiar examen de ingeniería.

El Consejo Nacional de Examinadores de Ingeniería y Agrimensores (NCEES, por sus siglas en inglés) demandó en el tribunal federal a Bethzaida Cameron Ortiz, acusada en el foro estatal de copiar el examen de ingeniería.

La demanda federal alega que Cameron Ortiz violó los derechos de autor e incurrió en violación de contrato al copiarse los exámenes impartidos el 25 de octubre de 2005 y el 27 de octubre de 2006.

"El proctor y el jefe de examinaciones observaron la conducta sospechosa de Cameron y se percataron de que realizaba un plagio", imponga un interdicto a la mujer para prohibirle acciones similares en el futuro, la destrucción de toda copia ilegal de las pruebas realizada por Cameron Ortiz y que pague los daños sufridos por el consejo en una suma dejada a la discreción del tribunal.

El recurso pide al juez Salvador Casellas que

### sondeo

¿Qué opina sobre la decisión de Jairo Martínez de admitir la paternidad de los dos bebés de su hijastra?

- Es un acto de valentía
- Busca mejor trato en el juicio por violación técnica
- Es una muestra de arrepentimiento
- Me es indiferente

inapropiado de los contenidos del examen" Demanda federal

Mientras, en la vista preliminar en el Tribunal de Primera Instancia de Mayagüez trascendió que el consejo gastará $1.4 millones en enmendar el examen para no comprometer la integridad del proceso de las pruebas. La audiencia estatal por dos cargos de fraude y dos por apropiación ilegal agravada continúa el próximo 2 de julio.

El consejo es una corporación sin fines de lucro con sede en Carolina del Sur que se dedica a preparar las pruebas anuales para licenciar a ingenieros. Bajo el subtítulo "conducta subversiva de Cameron", la demanda ubica la última residencia de la mujer en la calle Estrella en San Juan, y señala que ella lucía sospechosa el día del examen en la Universidad de Puerto Rico en Mayagüez.

"El proctor y el jefe de examinaciones observaron la conducta sospechosa de Cameron y se percataron de que realizaba un plagio inapropiado de los contenidos del examen", reza la demanda de 10 páginas.

Al ser confrontada, Cameron Ortiz negó que haya copiado el examen. Pero los funcionarios se percataron de que llevaba un equipo electrónico. Luego, le descubrieron en su abrigo, bolsillos y cartera un transmisor, una cámara de video, un micrófono, y baterías, equipo considerado suficiente para copiar el contenido del examen.



El recurso reclama que Cameron Ortiz, arriba, pague los daños sufridos por el consejo. Ella niega que haya copiado el examen.

Baja 10 Tonos Regalados™
Tus canciones favoritas en tu movil ¡Bajalos ya sin tarjeta de crédito!
TonosRegalados.com

Abogado en Brasil
Divorcio / compra de propiedades ayuda a compañías, etc
www.advogadonobrasil.com

Opinar

LAS MÁS COMENTADAS | LAS MÁS LEÍDAS

# Jaime D. Sotomayor-Pabón
**Certified Court Interpreter**

June 27, 2007

**INVOICE**
**#2007-115**

**TO:** Cancio, Nadal, Rivera &Diaz
c/o Ms. Marta Rivera, Esq.
403 Muñoz-Rivera Ave.
Hato Rey, P.R. 00918
Tel: 767-9625 x-250  Fax: 764-4430
E-mail: icarrero@cnrd.com (Idelisa Carrero)

**WORK PERFORMED:**

**OVERNIGHT Translation of Document**
**Re: National Council of Examiners for Engineering and Surveying**
**v. Bethzaida Cameron-Ortiz.**
**File Number: 24247.1292**

| | | |
|---|---|---|
| 1- | ENDI.Com Article<br>373 words at 25¢ per word | = $93.25 |
| 2- | Puerto Rico Sales Tax (5.5%) | = $5.13 |
| | Total Amount Due | $98.38 |

**Urb. Santa Rosa, 40-1Calle 22, Bayamon, PR 00959**
**Telephone (787) 398-7611 & 786-2027**