Newspaper Article Published in El Nuevo Día newspaper on July 3, 2007

## CAUGHT WHILE TAPING THE PROCEEDINGS OF PRELIMINARY HEARING

Judge Carmen L. Lugo Irizarry of the Superior Court, Mayaguez Part, yesterday ordered the seizure of taping equipment which defendant Betzaida Cameron Ortiz was using, without the court's permission, to tape the preliminary hearing proceedings. The judge became aware that the defendant had with her a tape recorder and that she was taping the testimonies being offered by the witnesses.

The judicial proceedings establish that the defendant must request authorization from the court in order to tape the preliminary hearing proceedings. In this case, the defendants did not request prior authorization.

The Court indicated that no sanctions would be taken against Cameron Ortiz since she did not know about the requisite of obtaining prior authorization from the Court to tape the preliminary procedures.

Yesterday, several witnesses testified and the only witness remaining is Mr. Bob Worton, a representative of the National Council of Engineers who will be traveling to Puerto Rico to testify.

Cameron Ortiz was caught, back in October while taking the engineering test when she had, inside her shirt taping equipment as well as transmitting equipment of high technology.

After Cameron was caught, allegedly she flew to the United States, and later extradited.

Last April 2, Judge Margarita Gautier found probable cause for the arrest of Cameron for two charges of illegal appropriation and another two charges for fraud. The Judge imposed a bond of $400,000 which was paid through the office of pretrial services.

-2-

The Deputy Secretary of the State Department in charge of the Examining Board, Juan Ramón Caraballo, stated that as soon as it became known that Cameron Ortiz had compromised the examination, the state police and the Department of Justice, among others, where activated and it was found that Cameron Ortiz has also taped the examination of the prior year.

Mr. Ramón Caraballo explained that the illegal taping of the questions in the exam compromised the exams.

Caraballo also indicated that the National Council of Engineers will be forced to eliminate everything that was taped from the questions that are used to prepare the examinations that are given in Puerto Rico, United States and Canada at a cost of $1.4.

195631v1

El Nuevo Día

San Juan, Puerto Rico - Martes 03 Julio 2007 - Actualizado a las 12:07:08 PM

# endi.com

» NOTICIAS  » DEPORTES  » FLASH  » POR DENTRO  » OPINIÓN  » BLOGS  » EDICIÓN IMPRESA  » ÚLTIMA HORA

Regresar a: homepage / Puerto Rico Hoy

## Sorprendida al grabar su vista preliminar

**Por Andrea Martínez / END.amartinez@elnuevodia.com**

El proceso contra Cameron Ortiz, acusada de fraude en la reválida de ingeniería, continuará el 12 de julio.

La jueza Carmen L. Lugo Irizarry, del Tribunal de Mayagüez, ordenó ayer que se le ocupara un equipo de grabación a Betzaida Cameron Ortiz, acusada de grabar la reválida de ingeniería, porque ayer fue sorprendida grabando su vista preliminar sin autorización.

La magistrada se percató de que la imputada tenía consigo una grabadora y de que grababa los testimonios ofrecidos en sala.

Los procedimientos judiciales establecen que, a nivel de vista preliminar, hay que solicitar permiso de antemano al juez para poder grabar el proceso, lo que la acusada no hizo.

### $1.4 millones

Costo de hacer una nueva reválida de ingeniería debido a los alegados delitos

Se indicó que no se tomarían sanciones adicionales contra Cameron Ortiz, pues ella desconocía del requisito de contar con el permiso y no se le había hecho una advertencia previa, según trascendió.