Newspaper Article published in El Vocero newspaper on July 3, 2007

## PRELIMINARY HEARING IN THE ENGINEERING BAR EXAM SET GETS GOING.

It is alleged that a woman used technological equipment during the engineering exam.

Betzaida Cameron Ortiz allegedly used sophisticated electronic equipment to commit fraud in the engineering exam which was offered in the Mayaguez School of Engineers on October 27, 2007, according to the testimonies of the persons presented by District Attorney, Pablo Colón Sánchez, during the preliminary hearing which was presided by Judge Carmen Teresa Lugo Irizarry.

Agent Roberto Laboy Rosario, who was the one who went to the Mayaguez College of Engineers the night of October 27 to investigate the complaint presented by Dr. Lila Kellogg, who, while administering the exam, observed a suspicious behavior by Cameron Ortiz that caused Kellogg to question her when Cameron Ortiz was leaving the stadium where the test was being administered.

Kellogg stated to the police that the accused was putting her hands all over the pages of the test and at the same time was murmuring.

According to Laboy, Cameron Ortiz confessed to Kellogg that has videotape equipment, batteries, cables and other equipment inside the jacket that she was using. The jacket had been sort of customized since new pockets had been added and little holes had been made in the sleeves at the level of the wrists. Cameron Ortiz is charged with to counts of fraud and two counts of illegal appropriation.

The witnesses in the case are the Deputy Secretary of State, Mr. Juan Caraballo Irigoyen, Dr. Kellogg and Mauricio Pagán who was in charge of conducting the test during the exam.

During the preliminary hearing, the Judge confiscated a tape machine that Cameron Ortiz was

using to tape the judicial process without the court's authorization.

Likewise, the Judge confiscated the cells phones of the parties involved while the hearing took place.

195635v1

# Inicia vista por fraude en reválida

- Se alega mujer utilizó equipo tecnológico durante la prueba de ingeniería.

**Jackeline Del Toro Cordero**
*EL VOCERO*

MAYAGÜEZ - Betzaida Cameron Ortiz alegadamente utilizó un equipo tecnológico sofisticado para cometer fraude en la reválida de ingeniería que se ofrecía en el Recinto Universitario de Mayagüez (RUM), el 27 de octubre de 2006, según trascendió de los testimonios de las personas que sentó ayer en el banquillo el fiscal Pablo Colón Sánchez, durante el inicio de la vista preliminar que preside la jueza Carmen Teresa Lugo Irizarry.

El agente Roberto Laboy Rosario fue quien acudió al RUM en horas de la noche en esa fecha, para atender una querella presentada por la doctora Lila Kellogg, quien mientras administraba el examen, observó un comportamiento extraño en la mujer e intervino con ella a su salida del Coliseo Mangual. Kellogg narró al Policía que la acusada pasaba la mano por encima de cada hoja del examen, a la vez que murmuraba.

Según Laboy, Cameron Ortiz le confesó a Kellogg que portaba una videograbadora, baterías, cargador de baterías, cables y otro equipo dentro del jacket de mahón que usaba. Al mismo se le habían añadido bolsillos adicionales y se le habían hecho pequeños orificios en las mangas, a la altura de las muñecas. A la fémina se le acusa de dos cargos de fraude en su carácter grave, en cuarto grado, y dos de apropiación ilegal agravada grave, en tercer grado.

Figuran como testigos, además, el subsecretario de Estado, Juan Caraballo Irigoyen –debido a que el Departamento de Estado regula esa práctica; la doctora Kellogg y Mauricio Pagán, proctor encargado de distribuir las pruebas y velar por el orden durante el proceso.

Durante la vista, la jueza ordenó incautarle una grabadora que Cameron Ortiz utilizaba para grabar el proceso judicial sin la autorización del tribunal. Asimismo, la magistrada mandó a recoger los teléfonos móviles de las partes involucradas.



# Desarroll

Dennise Y.
EL V

La creación de un grupo de tra para la planificación y desarrollo Perla, en San Juan, contó ayer c favor del Departamento de la Viv y de la Junta de Planificación.

El director regional de la Ofici San Juan, Orlando Franco, explicó ayer en vista pública que la propuesta contribuiría al desarrollo de las familias que allí residen.

"Se contaría con un equipo de trabajo en el que los representantes de las distintas a cias aportarían no sólo sus cono mientos, sino la capacidad de los organismos para actuar", expres Franco ante la Comisión de Des del Municipio de San Juan de la ra de Representantes, presidida

