IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| NATIONAL COUNCIL OF EXAMINERS<br>FOR ENGINEERING AND SURVEYING,<br><br>                Plaintiff,<br><br>v.<br><br>BETHZAIDA CAMERON-ORTIZ<br><br>                Defendant. | Civil No. 07-1479 (SEC) |

### PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT

Plaintiff National Council of Examiners for Engineering and Surveying ("NCEES") respectfully requests that the Clerk of Court enter a default against Defendant Bethzaida Cameron-Ortiz in the above captioned matter. In doing so, NCEES relies upon the Declaration in Support of Request for Entry of Default filed herewith and states as follows:

1. NCEES filed its complaint against Ms. Cameron-Ortiz on June 6, 2007.

2. Ms. Cameron-Ortiz was served on July 2, 2007. Her answer to the complaint was due July 23, 2007. However, as the Court noted in its August 9, 2007 show-cause Order, Ms. Cameron-Ortiz has not yet filed her answer or otherwise appeared. The time for doing so, as provided in Fed. R. Civ. P. 12(a), has expired.

3. Ms. Cameron-Ortiz is therefore in default.

WHEREFORE, pursuant to Fed. R. Civ. P. 55(b), Plaintiff requests that the Clerk enter a default against Defendant Bethzaida Cameron-Ortiz on the issue of liability in the above-captioned matter, with the Court to determine damages and other relief. NCEES has mailed a copy of this Motion to Ms. Cameron-Ortiz at her last known address.

RESPECTFULLY SUBMITTED. In San Juan, Puerto Rico this  5th  day of December, 2007.

*Cancio, Nadal, Rivera & Diaz, P.S.C.*

P O Box 364966
San Juan, Puerto Rico  00936-4966
Telephone:  (787) 767-9625
Facsimile:   (787) 764-4430/(787) 622-2238
adiaz@cnrd.com
mrivera@cnrd.com


s/Arturo Díaz Angueira
ARTURO DIAZ ANGUEIRA
USDC-PR No. 117907


s/Marta L. Rivera Ruiz
MARTA L. RIVERA-RUIZ
USDC-PR-No. 221201

―――――――――――――――――――
Robert A. Burgoyne
District of Columbia Bar No. 366757
FULBRIGHT & JAWORSKI LLP
801 Pennsylvania Avenue, N.W.
Washington, D.C.  20004
Telephone:  (202) 662-4513
Facsimile:   (202) 662-4643
rburgoyne@fulbright.com

Attorneys for Plaintiff NCEES