IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| NATIONAL COUNCIL OF EXAMINERS<br>FOR ENGINEERING AND SURVEYING,<br><br>Plaintiff,<br><br>v.<br><br>BETHZAIDA CAMERON-ORTIZ<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Civil No. 07-1479 (SEC)<br>)<br>)<br>)<br>)<br>)<br>) |

## DECLARATION IN SUPPORT OF REQUEST FOR ENTRY OF DEFAULT

I, Marta L. Rivera-Ruiz, declare as follows:

1. I am admitted to practice law in this Court. I entered my appearance as counsel in this case for the Plaintiff National Council of Examiners for Engineering and Surveying ("Plaintiff") with the Clerk of this Court on June 6, 2007.

2. Plaintiff has filed a Request for Entry of Default. This Affidavit is submitted in support of that Request.

3. The Summons was issued in this case on June 6, 2007. However, as the Court noted in its August 9, 2007 show-cause Order, Ms. Cameron-Ortiz has not yet filed her answer or otherwise appeared. The time for doing so, as provided in Fed. R. Civ. P. 12(a), has expired.

4. Neither Plaintiff nor Plaintiff's counsel has received any response to the Complaint from the Defendant.

5. Defendant is not an infant, juvenile, incompetent, or in the military.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

65067006.1

- 2 -

RESPECTFULLY SUBMITTED. In San Juan, Puerto Rico this __5th__ day of December, 2007.

*Cancio, Nadal, Rivera & Diaz, P.S.C.*

P O Box 364966
San Juan, Puerto Rico  00936-4966
Telephone:  (787) 767-9625
Facsimile:   (787) 764-4430/(787) 622-2238
mrivera@cnrd.com


s/ Marta L. Rivera Ruiz
MARTA L. RIVERA-RUIZ
USDC-PR-No. 221201

Attorney for Plaintiff NCEES