# Exhibit A

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| NATIONAL COUNCIL OF EXAMINERS<br>FOR ENGINEERING AND SURVEYING,<br><br>Plaintiff,<br><br>v.<br><br>BETHZAIDA CAMERON-ORTIZ,<br><br>Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) | Civil No. 07-1479 (SEC) |

## DECLARATION OF ROBERT B. WHORTON

1.      My name is Robert B. Whorton.  I am over 18 years of age and, unless otherwise stated, I have personal knowledge of the matters addressed herein.

2.      I am the Compliance and Security Manager for the National Council of Examiners for Engineering and Surveying ("NCEES").  In this capacity, I am responsible for all areas of exam security for NCEES including shipping, return inventory, distribution of administration manuals, and the investigation of all incidents of exam irregularities.

3.      NCEES is a non-profit membership organization whose members consist of state and territorial boards that license and regulate individuals who practice engineering and land surveying, including Puerto Rico's licensing board.  NCEES provides various services to its member boards, whose mandate is to protect the welfare of the general public.

4.      Among other things, NCEES prepares standardized examinations that test a licensing candidate's knowledge, skills and competence in areas relevant to engineering and land surveying.

5.    One such NCEES examination is the Principles and Practice of Engineering ("PE") examination.  The PE examination tests academic knowledge and knowledge gained in engineering practice and covers a comprehensive range of subjects in engineering.

6.    Distinct PE examinations are administered in specific subject areas.  Currently, there are 17 PE exam subjects, one of which is civil engineering ("PE Civil").

7.    The PE Civil examination administered on October 27, 2006 was an eight-hour examination that was given in two separate four-hour sessions during the morning and afternoon. The morning session consisted of 40 questions that are common to all Civil engineers.  The afternoon session was administered in five Civil engineering modules—Environmental, Geotechnical, Structural, Transportation, and Water Resources. The afternoon session contained 40 questions per module. Examinees must select and work all questions in a specific module. The PE Civil examination included a total of 240 questions (morning and afternoon).

8.    To obtain a professional license in engineering, a candidate must also pass, or be excused from taking, the Fundamentals of Engineering ("FE") examination.    The FE examination tests subjects that are taught in a typical, accredited baccalaureate engineering curriculum.

9.    The FE examination administered on October 29, 2005 was an eight-hour examination that was given in two separate four-hour sessions during the morning and afternoon. The morning session consisted of 120 questions that are common to all engineering disciplines. The afternoon session was administered in six disciplines—Chemical, Civil, Electrical, Environmental, Industrial, and Mechanical—plus a general engineering section for all remaining disciplines. The afternoon session consisted of 60 questions per discipline. Examinees must

select and work all questions in a specific discipline. The FE examination includes a total of 540 questions (morning and afternoon).

10.     Each PE and FE examination is developed at considerable effort and expense, and has significant individual value.

11.     Each question on a PE and FE examination is reviewed and revised many times before being finalized, with the assistance of subject matter experts.

12.     Each version, or form, of a PE and FE examination includes new questions and previously used questions.   Some of the previously used questions serve as "equators" to measure the level of performance of candidates from one form of the examination to another. The use of equators ensures that test results on different forms of the examination can be compared meaningfully with one another.

13.     Because questions and answers from a particular examination may be reused on future examinations, it is critical that the examination forms be maintained in a confidential and secure manner, and not copied, disclosed or disseminated unless NCEES determines to do so.

14.     On October 29, 2005, Bethzaida Cameron-Ortiz sat for the FE examination at the University of Puerto Rico in Mayaguez.  On October 27, 2006, Ms. Cameron-Ortiz sat for the PE Civil examination at the University of Puerto Rico in Mayaguez. When she sat for the FE examination and the PE Civil examination, Ms. Cameron-Ortiz signed a statement on her answer sheet affirming that she had read and agreed to be bound by the terms on the Candidate Information packet/sheet. Ms. Cameron-Ortiz also affirmed through her signature that she would "not remove any exam-related information from the exam room."  I have attached as Exhibits A and B true and correct copies of the Candidate Information packets that were provided to Ms. Cameron-Ortiz when she tested, as well as the corresponding signature pages of her answer

sheets.   I have redacted her Social Security number, however, to keep that information confidential.

15.   While taking the PE Civil examination during the afternoon of October 27, 2006, Ms. Cameron-Ortiz was found to have electronic recording devices hidden under her jacket. Additional equipment was found in her purse.  The devices included:

- a 2400MHz wireless audio/video transmitter module with a built in microphone;

- a mini button video camera;

- a four-channel 2.4 GHz receiver;

- a pocket video recorder manufactured by Archos;

- a TV cradle used to connect to a TV or computer; and

- battery packs.

A digital copy of the information recorded on the equipment by Ms. Cameron-Ortiz was prepared by the Puerto Rico Institute of Forensic Sciences and provided to NCEES.

16.   Upon investigation, it was determined that Ms. Cameron-Ortiz used this equipment to videotape the morning and afternoon contents of the PE Civil examination. We do not know if she also transmitted or disclosed exam materials to other persons by using the equipment.

17.   Upon further investigation, Ms. Cameron-Ortiz was found to have also videotaped the morning and afternoon Civil discipline and General discipline contents of the FE examination which she sat for on October 29, 2005. We do not know if she also transmitted or disclosed exam materials to other persons by using the equipment.

18.   NCEES registers each examination for copyright protection pursuant to the United States Copyright Office's "secure test" regulations.

19.     The copyright registration number assigned by the United States Copyright Office to the PE Civil examination form breached by Ms. Cameron-Ortiz is TX 6-466-566.   The copyright registration number assigned by the Copyright Office to the FE examination form breached by Ms. Cameron-Ortiz is TX 6-295-288.  True and correct copies of these Certificates of Registration are attached hereto as Exhibits C and D, respectively.

20.     Because of Ms. Cameron-Ortiz's actions and the transmitting capabilities of the equipment she used, all questions on the breached PE Civil examination have been retired from use on future NCEES examinations. In addition, all questions on the breached FE examination morning session and afternoon Civil and General disciplines have been retired from use on future NCEES examinations.

21.     The following table shows the costs associated with the development of each question on a PE Civil and FE examination:

|                                         | PE Civil Exam Question | FE Exam Question |
| --------------------------------------- | ---------------------- | ---------------- |
| Personnel                               | $731.39                | $454.10          |
| Contracted Services                     | $23.71                 | $11.43           |
| Psychometric Services                   | $184.07                | $147.80          |
| Travel                                  | $543.38                | $335.24          |
| Office Costs                            | $249.03                | $249.03          |
| Council and Exam Development Overhead    | $610.28                | $610.28          |
| **Cost per Question**                   | **$2,341.86**          | **$1,807.88**    |

22.     There are 240 questions on the PE Civil exam form breached by Ms. Cameron-Ortiz, and 240 questions on the FE exam form breached by Ms. Cameron-Ortiz.  Thus, based upon the cost to replace compromised test questions, the financial damage to NCEES from retiring the questions on the breached PE Civil exam form is $562,046.40, and the financial damage to NCEES from retiring the breached FE exam questions is $433,891.20.

23.     NCEES has incurred additional costs as a result of Ms. Cameron-Ortiz's breach of exam security.  NCEES employed an external investigator to investigate Ms. Cameron-Ortiz's actions, at a cost of $10,671.53.  In addition, I had to travel to Puerto Rico on six occasions to meet with law enforcement authorities, at a total cost of $9,021.72.  NCEES also incurred $6,000.00 in expenses from Thomson Psychometric Services to have them complete additional psychometric analysis to determine any effect the breached FE examination had on the equating process for our examinations.

24.     In addition, NCEES has incurred legal fees and expenses because of Ms. Cameron-Ortiz's actions.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 18, 2008.

Robert B. Whitten

# Exhibit A

**Candidate Information Packet**      **NCEES Examination Policies and Security Procedures**

All licensure candidates qualified to take any NCEES examination should review the following information before sitting for the examination. **Examinees are required to sign their examination answer sheet before the examination starts to affirm that they have been provided this information, have read and understand the material, and agree to abide by the conditions cited.** These conditions apply to all NCEES examinations. Full compliance with the NCEES examination policies and procedures listed below is the sole responsibility of the examinee.

### Permissible and Prohibited Items

- Devices or materials that might compromise the security of the examination or disrupt the examination process are not permitted.
- Only models of calculators approved by NCEES are permitted in the exam room. No other models of calculators or variations of the models listed below are permitted in the exam room. Approved calculators for the 2005 exams are as follows:
  Hewlett Packard—HP 33s, HP 9s
  Casio—FX 115 MS, FX 115 MS Plus
     (including FX 115 MS models with the SR designation)
  Texas Instruments—TI 30X IIS,
     TI 30X IIB, TI 36X Solar
- Devices having a QWERTY keypad arrangement similar to a typewriter or keyboard are not permitted. Devices with communication or text-editing capabilities are prohibited from the exam room. These include but are not limited to cameras; cell phones; desktop, hand-held, laptop, and palmtop computers; databanks; data collectors; organizers; pagers or beepers; PDAs; radios; headsets; tape players; portable fax machines; calculator watches; reproduction equipment; electronic dictionaries; electronic translators; and recorders.
- Only NCEES-supplied marking and erasing instruments may be used in the exam room. The mechanical pencils supplied have an eraser and are preloaded with three pieces of 0.7-mm HB lead. This is the only writing instrument allowed. Examinees may not bring additional lead or erasers into the exam room. If necessary, proctors will issue additional pencils to examinees during the examination.
- Any prohibited device found in an examinee's possession after the examination begins will be confiscated, the examinee will be dismissed from the exam room, and his or her examination will not be scored.

### Reference Materials

- **For Fundamentals of Engineering (FE) examination:** This is a closed-book examination. The only reference material examinees may use is the *FE Supplied-Reference Handbook* distributed by the proctors. Examinees are not allowed to bring

their own copies of the *Handbook* into the exam room. The *FE Supplied-Reference Handbook* can be downloaded from the NCEES Web site, or a bound copy may be purchased from NCEES.

- **For Fundamentals of Surveying (FS) examination:** This is a closed-book examination. Examinees may use the reference formulas that appear at the front of their exam booklets. No other reference materials may be used. An advance copy of the reference formulas is available on the NCEES Web site. Examinees are not allowed to bring their own copies of the formulas into the exam room.
- **For Principles and Practice of Engineering (PE) and Principles and Practice of Surveying (PS) examinations:** These are open-book examinations. Examinees must bring their own copies of all reference materials, including design standards. All reference materials must be bound and remain bound during the entire exam. *Bound* refers to (1) materials permanently bound, as by stitching or glue, and (2) materials securely fastened in their covers by fasteners that penetrate all papers. Ring binders, spiral binders, plastic snap binders, brads, and screw posts are acceptable fasteners. Loose paper, legal pads, writing tablets, and unbound notes are prohibited from the exam room. Examinees may not share reference materials or aids during the exam or communicate with one another in any way.

### Personal Items

- Examinees are prohibited from bringing the following items into the exam room: weapons of any kind, tobacco products, hats with brims or bills, chairs.
- Small snacks (e.g., hard candies, candy bars, gum) and nonalcoholic drinks are permitted. Drinks must be placed on the floor.
- Personal items are the sole responsibility of the examinee. Neither NCEES, nor the state board, nor proctors, nor the site facility will be responsible for any lost, misplaced, or stolen items.

### Examination Irregularities

Fraud, deceit, dishonesty, or other irregular behavior in connection with the taking of any NCEES examination is strictly prohibited. Irregular behavior includes but is not limited to copying or allowing the copying of

examination answers; failing to work independently; possessing unauthorized devices or source materials; surrogate testing or other dishonest conduct; disrupting other examinees; creating any safety concerns; and possessing, reproducing, or disclosing exam questions, answers, or other information regarding the content of the examination without authorization before, during, or after the exam administration. Communication with other examinees or with any outside source by way of telephones, personal computers, Internet, or any other means during the course of the exam is prohibited.

The chief proctor is authorized to take appropriate action to investigate, stop, or correct any observed or suspected irregular behavior, including discharging examinees from the exam site for prohibited activities and confiscating any prohibited devices or materials. Examinees must cooperate fully in any investigation of a suspected irregularity. NCEES reserves the right to pursue all available remedies for exam irregularities, including score cancellations, other administrative actions, and civil or criminal remedies. Examinees or other persons implicated in an irregularity will be identified to the state board, which may invoke additional sanctions. Examinees discharged from an exam due to irregular behavior or who leave at their own discretion before completing the exam will not receive exam scores and will not be eligible for a refund of exam fees.

### Remedies for Testing Errors and NCEES Response to Disruptions in Testing and Potential Compromises

NCEES, its affiliate (ELSES), and jurisdictions and their testing agents take steps to ensure that exam registration materials are properly handled and processed and that exams, source materials, and answer sheets are properly printed, handled, and scored. In the unlikely event that a mistake occurs in printing, handling, or processing test materials or in scoring or reporting scores, the test administrator, after consultation with NCEES, will correct the error, if possible, or permit the affected examinees either to retest at no additional fee or to receive a refund of the examination fee. These are the **sole and exclusive** remedies available to examinees for errors in handling or processing registration materials; in printing, handling, or processing exams and exam answer sheets; in determining or reporting scores; and in investigating or responding to suspected irregularities.

NCEES, its affiliate (ELSES), and jurisdictions and their testing agents also take steps to ensure standardized administration on the test day. If events occur that cause testing to be canceled or interrupted, involve a mistiming on any part of the test, result in a

deviation from required testing procedures, raise concerns about possible advance access to exam content by one or more examinees, or otherwise disrupt or compromise the normal testing process, NCEES will consult with the jurisdictions affected and determine whether corrective action is warranted, which could include canceling scores or not scoring answer documents. If NCEES determines that corrective action is necessary, affected examinees will have the option to retest at no additional fee (normally on a future national test date) or to receive a refund of the exam fee, unless the affected examinees caused or were involved in the conduct that resulted in the need for corrective action, in which case the jurisdiction that authorized seating for the examination will have the right to withhold either or both of these options. If a jurisdiction offers a retest and an examinee selects that option, the examinee may be required to retake the entire examination in order to produce a valid score. These are the **sole and exclusive** remedies available to any examinee who is affected by disruptions in testing or a potential exam compromise.

### Testing Accommodations
NCEES must receive testing-accommodation requests by the registration deadline of the exam you wish to take. Information concerning available accommodations and the process for requesting an accommodation are posted on the NCEES Web site. Please review the information before submitting a request.

### Examinee Identification Information
Examinees will be required to provide their Social Security number on the exam answer sheet. Examinees who do not have Social Security numbers may instead provide their nine-digit passport number or Canadian Social Insurance number. The identification information is required. Examinees will not be allowed to take the examination unless this information has been provided.

### Additional Information
Visit the NCEES Web site for up-to-date information about exam formats, specifications, study materials, scoring methods, and other information.

**Web site: www.ncees.org**
**Phone:     864-654-6824 or 800-250-3196**
**Fax:          864-654-6033**
**Address: P.O. Box 1686, Clemson, SC 29633**

# NATIONAL COUNCIL OF EXAMINERS FOR ENGINEERING AND SURVEYING
## FUNDAMENTALS OF ENGINEERING EXAMINATION, AM

**FAILURE TO COMPLETE THIS INFORMATION MAY INVALIDATE YOUR ANSWER SHEET.**

**1** NAME: *Cameron Berrada*
Last Name (Please Print)   First Name   MI (Middle Initial)

**2** TEST CENTER DATE AND LOCATION (Please print.)
Test Date: *29 OCT 05*
Test Center City: *Mayaguez*   Test Center State: *PR*
Seat Number: *1031*

**3** PLEASE SIGN YOUR NAME BELOW: I affirm that I am the person whose name appears below, the answers contained herein are solely of my knowledge. Nor will I reveal in whole or part any exam questions, answers, problems, or solution to anyone during or after the exam, whether orally, in writing, on any Internet chat rooms, or otherwise. I understand that failure to comply with this statement could result in invalidation of my exam results and/or my ability to retake the exam, and/or result in other sanctions.

Signature (Do Not Print)
Date: *29 OCT 05*

**4** NAME — First 4 Letters of Last Name / Initial of First Name: C A M E / B

**5** DATE OF BIRTH
Month: Oct   Day: 08   19-Year: 63

**6** EXAMINEE IDENTIFICATION NUMBER: 1 0 2 6 2 0 2 4 9

**7** First 4 Letters of Your Mother's Maiden Name: O R T I

**8** You must provide 1 of the following numbers. If this information is not provided your exam will not be scored.
- ○ Social Security Number
- ○ Social Insurance Number
- ○ Passport Number
- ○ ITIN Number

**9** If you are a graduate of or enrolled in an engineering or engineering technology curriculum, please fill in ONE of the circles below to indicate your major undergraduate curriculum.
- ○ Aeronautical/Aerospace
- ○ Agriculture
- ○ Architectural
- ○ Biological-incl Bio-Medical
- ○ Bio-Medical
- ○ Ceramic
- ○ Chemical
- ● Civil
- ○ Computer
- ○ Construction
- ○ Control Systems
- ○ Electrical
- ○ Engineering Management
- ○ Engineering Mechanics
- ○ Engineering Physics/Engineering Science
- ○ Environmental
- ○ Fire Protection
- ○ Food Process
- ○ Forest
- ○ General Engineering
- ○ Geological and Geophysical
- ○ Industrial
- ○ Manufacturing
- ○ Materials
- ○ Mechanical
- ○ Metallurgical
- ○ Mining/Mineral
- ○ Naval Architecture and Marine
- ○ Nuclear
- ○ Ocean
- ○ Petroleum
- ○ Plastics
- ○ Software
- ○ Structural
- ○ Surveying
- ○ Systems
- ○ Textile
- ○ Welding
- ○ Other

**NOTE: Data from boxes 9 through 13 is gathered for statistical purposes and has no effect on scoring.**

**10** Fill in the circle that best describes your highest educational attainment.
- ○ Currently enrolled (do not have a degree)
- ● A graduate of (currently hold a degree)

**11** SCHOOL CODE: 6 2 0 1

**12** I am taking the Fundamentals of Engineering Examination for the:
- ○ First time
- ○ Second time
- ○ Third time (or more)

**13** Please fill in the two circles that indicate the last two digits of your year of graduation: 0 3

## DIRECTIONS
- Use only the pencil supplied by NCEES.
- Make dark marks that completely fill the circle.
- Erase cleanly any marks you wish to change.
- Make no stray marks on this form.
- Do not fold, tear, or mutilate this form.

SIDE 2

## 14 — REPORT RESULTS TO: (Mark only one.)

| | | | | |
|---|---|---|---|---|
| ○ Alabama | ○ Hawaii | ○ Minnesota | ○ N. Mariana Islands | ○ Vermont |
| ○ Alaska | ○ Idaho | ○ Mississippi | ○ Ohio | ○ Virgin Islands |
| ○ Arizona | ○ Illinois | ○ Missouri | ○ Oklahoma | ○ Virginia |
| ○ Arkansas | ○ Indiana | ○ Montana | ○ Oregon | ○ Washington State |
| ○ California | ○ Iowa | ○ Nebraska | ○ Pennsylvania | ○ West Virginia |
| ○ Colorado | ○ Kansas | ○ Nevada | ● Puerto Rico | ○ Wisconsin |
| ○ Connecticut | ○ Kentucky | ○ New Hampshire | ○ Rhode Island | ○ Wyoming |
| ○ Delaware | ○ Louisiana | ○ New Jersey | ○ South Carolina | |
| ○ District of Columbia | ○ Maine | ○ New Mexico | ○ South Dakota | |
| ○ Florida | ○ Maryland | ○ New York | ○ Tennessee | ○ Alberta |
| ○ Georgia | ○ Massachusetts | ○ North Carolina | ○ Texas | ○ New Brunswick |
| ○ Guam | ○ Michigan | ○ North Dakota | ○ Utah | |

## 15 — Fill in the circle corresponding to the large letter printed in the upper right-hand corner of your test booklet.

Ⓐ     Ⓑ     ⓒ

## 16 — BOOKLET NUMBER

6 5 0 5 7

BE SURE EACH MARK IS DARK AND COMPLETELY FILLS THE INTENDED CIRCLE, AS SHOWN IN THE ILLUSTRATION AT THE RIGHT. COMPLETELY ERASE ANY MISTAKES OR STRAY MARKS.     Ⓐ ● ⓒ Ⓓ

## MORNING SESSION

| | | | | | |
|---|---|---|---|---|---|
| 1 ⒶⒷ●Ⓓ | 21 Ⓐ●ⒸⒹ | 41 ⒶⒷ●Ⓓ | 61 ●ⒷⒸⒹ | 81 Ⓐ●ⒸⒹ | 101 ●ⒷⒸⒹ |
| 2 Ⓐ●ⒸⒹ | 22 Ⓐ●ⒸⒹ | 42 ⒶⒷ●Ⓓ | 62 Ⓐ●ⒸⒹ | 82 Ⓐ●ⒸⒹ | 102 ●ⒷⒸⒹ |
| 3 Ⓐ●ⒸⒹ | 23 Ⓐ●ⒸⒹ | 43 ⒶⒷ●Ⓓ | 63 ⒶⒷ●Ⓓ | 83 Ⓐ●ⒸⒹ | 103 ●ⒷⒸⒹ |
| 4 ⒶⒷⒸⒹ | 24 ⒶⒷ●Ⓓ | 44 ⒶⒷ●Ⓓ | 64 ⒶⒷⒸ● | 84 Ⓐ●ⒸⒹ | 104 ●ⒷⒸⒹ |
| 5 ⒶⒷⒸ● | 25 ⒶⒷⒸ● | 45 ●ⒷⒸⒹ | 65 Ⓐ●ⒸⒹ | 85 ●ⒷⒸⒹ | 105 Ⓐ●ⒸⒹ |
| 6 ⒶⒷⒸ● | 26 ⒶⒷⒸ● | 46 ●ⒷⒸⒹ | 66 Ⓐ●ⒸⒹ | 86 ●ⒷⒸⒹ | 106 Ⓐ●ⒸⒹ |
| 7 ⒶⒷⒸ● | 27 ●ⒷⒸⒹ | 47 ●ⒷⒸⒹ | 67 ●ⒷⒸⒹ | 87 ●ⒷⒸⒹ | 107 Ⓐ●ⒸⒹ |
| 8 Ⓐ●Ⓒ● | 28 ●ⒷⒸⒹ | 48 ●ⒷⒸⒹ | 68 Ⓐ●ⒸⒹ | 88 Ⓐ●ⒸⒹ | 108 Ⓐ●ⒸⒹ |
| 9 ●ⒷⒸⒹ | 29 ●ⒷⒸⒹ | 49 ⒶⒷⒸ● | 69 Ⓐ●ⒸⒹ | 89 ⒶⒷ●Ⓓ | 109 ⒶⒷ●Ⓓ |
| 10 Ⓐ●ⒸⒹ | 30 ⒶⒷ●Ⓓ | 50 ⒶⒷⒸ● | 70 Ⓐ●ⒸⒹ | 90 ⒶⒷ●Ⓓ | 110 ⒶⒷ●Ⓓ |
| 11 Ⓐ●ⒸⒹ | 31 ⒶⒷ●Ⓓ | 51 ⒶⒷⒸ● | 71 Ⓐ●ⒸⒹ | 91 ⒶⒷ●Ⓓ | 111 Ⓐ●ⒸⒹ |
| 12 ●ⒷⒸⒹ | 32 ⒶⒷ●Ⓓ | 52 Ⓐ●ⒸⒹ | 72 ⒶⒷ●Ⓓ | 92 ⒶⒷ●Ⓓ | 112 ⒶⒷ●Ⓓ |
| 13 Ⓐ●ⒸⒹ | 33 ⒶⒷ●Ⓓ | 53 Ⓐ●ⒸⒹ | 73 ⒶⒷ●Ⓓ | 93 Ⓐ●ⒸⒹ | 113 ⒶⒷⒸ● |
| 14 Ⓐ●ⒸⒹ | 34 Ⓐ●ⒸⒹ | 54 Ⓐ●ⒸⒹ | 74 Ⓐ●ⒸⒹ | 94 Ⓐ●ⒸⒹ | 114 ⒶⒷⒸ● |
| 15 Ⓐ●ⒸⒹ | 35 Ⓐ●ⒸⒹ | 55 Ⓐ●ⒸⒹ | 75 Ⓐ●ⒸⒹ | 95 Ⓐ●ⒸⒹ | 115 ⒶⒷⒸ● |
| 16 ●ⒷⒸⒹ | 36 Ⓐ●ⒸⒹ | 56 Ⓐ●ⒸⒹ | 76 ⒶⒷⒸ● | 96 Ⓐ●ⒸⒹ | 116 ⒶⒷⒸ● |
| 17 ●ⒷⒸⒹ | 37 Ⓐ●ⒸⒹ | 57 ●ⒷⒸⒹ | 77 ⒶⒷⒸ● | 97 Ⓐ●ⒸⒹ | 117 ⒶⒷ●Ⓓ |
| 18 ⒶⒷ●Ⓓ | 38 ●ⒷⒸⒹ | 58 ●ⒷⒸⒹ | 78 ⒶⒷⒸ● | 98 ⒶⒷⒸ● | 118 ⒶⒷ●Ⓓ |
| 19 ⒶⒷ●Ⓓ | 39 ●ⒷⒸⒹ | 59 ●ⒷⒸⒹ | 79 ●ⒷⒸⒹ | 99 ⒶⒷⒸ● | 119 ⒶⒷ●Ⓓ |
| 20 ⒶⒷ●Ⓓ | 40 ●ⒷⒸⒹ | 60 ●ⒷⒸⒹ | 80 ●ⒷⒸⒹ | 100 ⒶⒷⒸ● | 120 ⒶⒷ●Ⓓ |

Mark Reflex® forms by NCS Pearson EM-261052-1:654321    ED05   Printed in U.S.A.                    Copyright © 2005 by NCEES. All rights reserved.

# NATIONAL COUNCIL OF EXAMINERS FOR ENGINEERING AND SURVEYING
## FUNDAMENTALS OF ENGINEERING EXAMINATION, PM

### FAILURE TO COMPLETE THIS INFORMATION MAY INVALIDATE YOUR ANSWER SHEET.

**1** NAME *Cameron BErnaide*

Last Name (Please Print)   First Name   MI (Middle Initial)

**2** TEST CENTER DATE AND LOCATION (Please print.)

Test Date *29 OCT 05*

Test Center City *Mayaguez PR.*   Test Center State

Seat Number *A31*

**3** PLEASE SIGN YOUR NAME BELOW: I affirm that I am the person whose name appears below, the answers contained hereon are solely of my knowledge, I have not taken this exam in the previous 30 days, and I have read and agreed to be bound by all terms in the Candidate Information Packet.

I further affirm that I will not remove any exam-related information from the exam room. Nor will I reveal in whole or in part any exam questions, answers, problems, or solutions to anyone during or after the exam, whether orally, in writing, on any Internet chat rooms, or otherwise. I understand that failure to comply with this statement could result in invalidation of my exam results, limit my ability to retake the exam, and/or result in other sanctions.

Signature (Do Not Print)

Date *29 OCT 05*

**4** NAME

First 4 Letters of Last Name: C A M E

Initial of First Name: B

**5** DATE OF BIRTH

| Month | Day | 19-Year |
|-------|-----|---------|
| 08 | 6 | 3 |

Month: 01 Jan, 02 Feb, 03 Mar, 04 Apr, 05 May, 06 June, 07 July, 08 Aug, 09 Sept, 10 Oct, 11 Nov, 12 Dec

**6** EXAMINEE IDENTIFICATION NUMBER

1 0 2 6 7 0 2 4 9

### DIRECTIONS

- Use only the pencil supplied by NCEES.
- Make dark marks that completely fill the circle.
- Erase cleanly any marks you wish to change.
- Make no stray marks on this form.
- Do not fold, tear, or mutilate this form.

**7**

## REPORT RESULTS TO:
### (Mark only one.)

- ○ Alabama
- ○ Alaska
- ○ Arizona
- ○ Arkansas
- ○ California
- ○ Colorado
- ○ Connecticut
- ○ Delaware
- ○ District of Columbia
- ○ Florida
- ○ Georgia
- ○ Guam
- ○ Hawaii
- ○ Idaho
- ○ Illinois
- ○ Indiana
- ○ Iowa
- ○ Kansas
- ○ Kentucky
- ○ Louisiana
- ○ Maine
- ○ Maryland
- ○ Massachusetts
- ○ Michigan
- ○ Minnesota
- ○ Mississippi
- ○ Missouri
- ○ Montana
- ○ Nebraska
- ○ Nevada
- ○ New Hampshire
- ○ New Jersey
- ○ New Mexico
- ○ New York
- ○ North Carolina
- ○ North Dakota
- ○ N. Mariana Islands
- ○ Ohio
- ○ Oklahoma
- ○ Oregon
- ○ Pennsylvania
- ● Puerto Rico
- ○ Rhode Island
- ○ South Carolina
- ○ South Dakota
- ○ Tennessee
- ○ Texas
- ○ Utah
- ○ Vermont
- ○ Virgin Islands
- ○ Virginia
- ○ Washington State
- ○ West Virginia
- ○ Wisconsin
- ○ Wyoming
- ○ Alberta
- ○ New Brunswick

**8** DARKEN THE CIRCLE BESIDE THE DISCIPLINE TO BE WORKED.

**DARKEN ONLY ONE DISCIPLINE.**

- ○ Chemical
- ● Civil
- ○ Electrical
- ○ Environmental
- ○ General
- ○ Industrial
- ○ Mechanical

**9** BOOKLET NUMBER

A 8 7 4 6

### DIRECTIONS

- Use only the pencil supplied by NCEES.
- Make dark marks that completely fill the circle.
- Erase cleanly any marks you wish to change.
- Make no stray marks on this form.
- Do not fold, tear, or mutilate this form.

# C

## AFTERNOON SESSION

| 1 | Ⓐ Ⓑ ● Ⓓ |
| 2 | Ⓐ Ⓑ ● Ⓓ |
| 3 | Ⓐ Ⓑ ● Ⓓ |
| 4 | Ⓐ Ⓑ ● Ⓓ |
| 5 | Ⓐ Ⓑ ● Ⓓ |
| 6 | Ⓐ ● Ⓒ Ⓓ |
| 7 | Ⓐ ● Ⓒ Ⓓ |
| 8 | Ⓐ ● Ⓒ Ⓓ |
| 9 | Ⓐ ● Ⓒ Ⓓ |
| 10 | Ⓐ ● Ⓒ Ⓓ |
| 11 | Ⓐ Ⓑ Ⓒ ● |
| 12 | Ⓐ Ⓑ Ⓒ ● |
| 13 | Ⓐ Ⓑ Ⓒ ● |
| 14 | Ⓐ Ⓑ Ⓒ ● |
| 15 | Ⓐ Ⓑ Ⓒ ● |
| 16 | ● Ⓑ Ⓒ Ⓓ |
| 17 | ● Ⓑ Ⓒ Ⓓ |
| 18 | ● Ⓑ Ⓒ Ⓓ |
| 19 | ● Ⓑ Ⓒ Ⓓ |
| 20 | ● Ⓑ Ⓒ Ⓓ |

| 21 | ● Ⓑ Ⓒ Ⓓ |
| 22 | ● Ⓑ Ⓒ Ⓓ |
| 23 | ● Ⓑ Ⓒ Ⓓ |
| 24 | ● Ⓑ Ⓒ Ⓓ |
| 25 | ● Ⓑ Ⓒ Ⓓ |
| 26 | Ⓐ ● Ⓒ Ⓓ |
| 27 | Ⓐ ● Ⓒ Ⓓ |
| 28 | Ⓐ ● Ⓒ Ⓓ |
| 29 | Ⓐ ● Ⓒ Ⓓ |
| 30 | Ⓐ ● Ⓒ Ⓓ |
| 31 | Ⓐ Ⓑ ● Ⓓ |
| 32 | Ⓐ Ⓑ ● Ⓓ |
| 33 | Ⓐ Ⓑ ● Ⓓ |
| 34 | Ⓐ Ⓑ ● Ⓓ |
| 35 | Ⓐ Ⓑ ● Ⓓ |
| 36 | Ⓐ Ⓑ Ⓒ ● |
| 37 | Ⓐ Ⓑ Ⓒ ● |
| 38 | Ⓐ Ⓑ Ⓒ ● |
| 39 | Ⓐ Ⓑ Ⓒ ● |
| 40 | Ⓐ Ⓑ Ⓒ ● |

| 41 | Ⓐ ● Ⓒ Ⓓ |
| 42 | Ⓐ ● Ⓒ Ⓓ |
| 43 | Ⓐ ● Ⓒ Ⓓ |
| 44 | Ⓐ ● Ⓒ Ⓓ |
| 45 | Ⓐ ● Ⓒ Ⓓ |
| 46 | Ⓐ Ⓑ ● Ⓓ |
| 47 | Ⓐ Ⓑ ● Ⓓ |
| 48 | Ⓐ Ⓑ ● Ⓓ |
| 49 | Ⓐ Ⓑ ● Ⓓ |
| 50 | Ⓐ Ⓑ ● Ⓓ |
| 51 | ● Ⓑ Ⓒ Ⓓ |
| 52 | ● Ⓑ Ⓒ Ⓓ |
| 53 | ● Ⓑ Ⓒ Ⓓ |
| 54 | ● Ⓑ Ⓒ Ⓓ |
| 55 | ● Ⓑ Ⓒ Ⓓ |
| 56 | Ⓐ Ⓑ Ⓒ ● |
| 57 | Ⓐ Ⓑ Ⓒ ● |
| 58 | Ⓐ Ⓑ Ⓒ ● |
| 59 | Ⓐ Ⓑ Ⓒ ● |
| 60 | Ⓐ Ⓑ Ⓒ ● |

Copyright © 2005 by NCEES. All rights reserved.

# Exhibit B

**Candidate Information**  **NCEES Examination Policies and Security Procedures**

All licensure candidates qualified to take any NCEES examination must review the following information before sitting for the examination. **Examinees are required to sign their examination answer sheet before the examination starts to affirm that they have been provided this information, have read and understand the material, and agree to abide by the conditions cited.** These conditions apply to all NCEES examinations. Full compliance with the NCEES examination policies and procedures listed below is the sole responsibility of the examinee.

### Approved Calculators

- Only models of calculators listed below are permitted in the exam room for the 2006 exams. Hewlett Packard—HP 9s, HP 30s, and HP 33s

  Casio—FX 115 ES, FX 115 MS, FX 115 MS Plus (Note: FX 115 ES and MS models with an SR designation are also allowed.)

  Texas Instruments—TI 30XA (or TI 30Xa), TI 30X IIS, TI 30X IIB, TI 36X Solar

- Once the exam has started, any examinee found to have an unapproved calculator will be dismissed from the exam, his or her exam will not be scored, and the calculator will be confiscated.

### Admission Requirements

For exam admission, examinees must present a current, signed, government-issued photographic identification (such as a valid state driver's licenses or passport). Student IDs are not acceptable. Examinees must report to the exam site by the designated time. Examinees will not be admitted after the exam instructions begin.

### Prohibited Items

- Devices or materials that might compromise the security of the examination or disrupt the examination process are not permitted.

- Devices with communication or text-editing capabilities are prohibited. These include but are not limited to cameras; cell phones; desktop, hand-held, laptop, and palmtop computers; databanks; data collectors; organizers; pagers or beepers; PDAs; radios; headsets; tape players; MP3 players; portable fax machines; calculator watches; reproduction equipment; electronic dictionaries; electronic translators; and recorders.

- Personal writing and erasing instruments are not allowed. Only NCEES-supplied instruments are permitted.

- Loose paper, legal pads, writing tablets, and unbound notes are prohibited. All scratch work must be written in the exam book. Writing on any other paper, including the *FE Supplied-Reference Handbook*, is strictly prohibited. Failure to comply will result in the invalidation of the examination.

- If any prohibited device is found in an examinee's possession after the exam begins, the device will

be confiscated, the examinee will be dismissed from the exam, and his or her exam will not be scored. All confiscated items will be forwarded to NCEES.

### Reference Materials

- **For Fundamentals of Engineering (FE) exam:** This is a closed-book exam. The only reference material examinees may use is the *FE Supplied-Reference Handbook* distributed by proctors. The *Handbook* can be downloaded from the NCEES Web site, or a bound copy may be purchased from NCEES. Examinees may not bring their own *Handbook* or any other reference material into the exam room.

- **For Fundamentals of Surveying (FS) exam:** This is a closed-book exam. Examinees may use the reference formulas at the front of their exam booklets. No other reference materials may be used. The reference formulas are available on the NCEES Web site. Examinees are not allowed to bring their own copies of the formulas into the exam room.

- **For Principles and Practice of Engineering (PE) and Principles and Practice of Surveying (PS) exams:** These are open-book exams. Examinees must bring their own reference materials, including design standards. All reference materials must be bound and remain bound during the exam. *Bound* refers to (1) materials permanently bound, as by stitching or glue, and (2) materials securely fastened in their covers by fasteners that penetrate all papers. Ring binders, spiral binders, plastic snap binders, brads, and screw posts are acceptable fasteners.

### Personal Items

- Examinees may not bring the following items into the exam room: weapons of any kind, tobacco products, hats with brims or bills, chairs.

- Small snacks (e.g., hard candies, candy bars, gum) and nonalcoholic drinks are permitted.

- Personal items are the sole responsibility of the examinee. NCEES, the state board, exam proctors, and the site facility will not be responsible for any lost, misplaced, or stolen items.

Continued on next page

## Examination Irregularities

Fraud, deceit, dishonesty, and other irregular behavior in connection with taking any NCEES examination is strictly prohibited. Irregular behavior includes but is not limited to copying or allowing the copying of examination answers; failing to work independently; possessing unauthorized devices or source materials; surrogate testing or other dishonest conduct; disrupting other examinees; creating any safety concerns; failing to cease work on the exam when time is called; and possessing, reproducing, or disclosing exam questions, answers, or other information regarding the content of the examination without authorization before, during, or after the exam administration. Communication with other examinees or with any outside source by way of telephones, personal computers, Internet, or any other means during the course of the exam is prohibited.

The chief proctor is authorized to take appropriate action to investigate, stop, or correct any observed or suspected irregular behavior, including discharging examinees from the exam site for prohibited activities and confiscating any prohibited devices or materials. Examinees must cooperate fully in any investigation of a suspected irregularity. NCEES reserves the right to pursue all available remedies for exam irregularities, including collusion/detection analyses, score cancellations, other administrative actions, and civil or criminal remedies. Examinees or other persons implicated in an irregularity will be identified to the state board, which may invoke additional sanctions. Examinees discharged from an exam due to irregular behavior will not receive exam scores and will not be eligible for a refund of exam fees.

## Remedies for Testing Errors and NCEES Response to Disruptions in Testing and Potential Compromises

NCEES, its affiliate (ELSES), and jurisdictions and their testing agents take steps to ensure that exam registration materials are properly handled and processed and that exams, source materials, and answer sheets are properly printed, handled, and scored. In the unlikely event that a mistake occurs in printing, handling, or processing test materials or in scoring or reporting scores, the test administrator, after consultation with NCEES, will correct the error, if possible, or permit the affected examinees either to retest at no additional fee or to receive a refund of the examination fee. These are the **sole and exclusive** remedies available to examinees for errors in handling or processing registration materials; in printing, handling, or processing exams and exam answer sheets; in determining or reporting scores; and in investigating or responding to suspected irregularities.

NCEES, its affiliate (ELSES), and jurisdictions and their testing agents also take steps to ensure standardized administration on the test day. If events occur that cause testing to be canceled or interrupted, involve a mistiming on any part of the test, result in a deviation from required testing procedures, raise concerns about possible advance access to exam content by one or more examinees, or otherwise disrupt or compromise the normal testing process, NCEES will consult with the jurisdictions affected and determine whether corrective action is warranted, which could include canceling scores or not scoring answer documents. If NCEES determines that corrective action is necessary, affected examinees will have the option to retest at no additional fee (normally on a future national test date) or to receive a refund of the exam fee, unless the affected examinees caused or were involved in the conduct that resulted in the need for corrective action, in which case the jurisdiction that authorized seating for the examination will have the right to withhold either or both of these options. If a jurisdiction offers a retest and an examinee selects that option, the examinee may be required to retake the entire examination in order to produce a valid score. These are the **sole and exclusive** remedies available to any examinee who is affected by disruptions in testing or a potential exam compromise.

## Special Testing Accommodations

NCEES must receive testing-accommodation requests by the registration deadline of the exam you wish to take. Requests for testing accommodations are required for each exam administration. Information concerning available accommodations and the process for requesting an accommodation are posted on the NCEES Web site. Please review the information before submitting a request.

## Examinee Identification Information

Examinees are required to provide their Social Security number on the exam answer sheet. Examinees who do not have Social Security numbers may instead provide their nine-digit passport number, Canadian Social Insurance number, or individual taxpayer identification number (ITIN). The identification information is required. Examinees will not be allowed to take the examination unless this information has been provided.

## Additional Information

Visit the NCEES Web site for current exam specifications, study materials available, scoring methods, and other exam information.

**Web site:** www.ncees.org
**Phone:** 864-654-6824 or 800-250-3196
**Fax:** 864-654-6033
**Address:** P.O. Box 1686, Clemson, SC 29633



# NATIONAL COUNCIL OF EXAMINERS FOR ENGINEERING AND SURVEYING
## PRINCIPLES & PRACTICE OF ENGINEERING EXAMINATION, AM

**D PE**

**FAILURE TO COMPLETE THIS INFORMATION MAY INVALIDATE YOUR ANSWER SHEET.**

**1**  NAME (Please print.)
*Cameron Delia    Bethards*
Last Name          First Name          Middle Initial

**2**  TEST CENTER DATE AND LOCATION (Please print.)
Test Date: *27 oct 06*
Test Center City: *Mayaguez*     Test Center State: *PR*
Seat Number: *510*

**3**  PLEASE SIGN YOUR NAME BELOW: I affirm that I am the person whose name appears below; the answers contained herein are solely of my knowledge. I have not taken this exam in the previous 30 days, and I have read and agreed to be bound by all terms on the Candidate Information Sheet.

I further affirm that I will not remove any exam related information from the exam room. Nor will I reveal in whole or in part any exam questions, answers, problems, or solutions to anyone during or after the exam, whether orally, in writing, on any Internet chat rooms, or otherwise. I understand that failure to comply with this statement could result in invalidation of my exam results, limit my ability to retake the exam, and/or result in other sanctions.

Signature (Do Not Print)
Date: *27.0... 06*

**4**  NAME — First 4 Letters of Last Name / First Initial of First Name
*Came / B*

**5**  DATE OF BIRTH
Month / Day / 19-Year
Oct  /  0 8  /  6 3

**6**  EXAMINEE IDENTIFICATION NUMBER
1 0 0 6 2 1 0 7 8

**7**  First 4 Letters of Your Mother's Maiden Name

**8**  You must provide and grid 1 of the following numbers. If this information is not provided your exam will not be scored.
- ● Social Security Number
- ○ Social Insurance Number
- ○ Passport Number
- ○ BHI Number

**9**  If you are a graduate of or enrolled in an engineering or engineering technology curriculum, please fill in ONE of the circles below to indicate your major undergraduate curriculum.

- ○ Aeronautical/Aerospace
- ○ Agriculture
- ○ Architectural
- ○ Biological (not Bio-Medical)
- ○ Bio-Medical
- ○ Ceramic
- ○ Chemical
- ● Civil
- ○ Computer
- ○ Construction
- ○ Control Systems
- ○ Electrical
- ○ Engineering Management
- ○ Engineering Mechanics
- ○ Engineering Physics
- ○ Engineering Science
- ○ Environmental
- ○ Fire Protection
- ○ Food Process
- ○ Forest
- ○ General Engineering
- ○ Geological and Geophysical
- ○ Industrial
- ○ Manufacturing
- ○ Materials
- ○ Mechanical
- ○ Metallurgical
- ○ Mining/Mineral
- ○ Naval Architecture and Marine
- ○ Nuclear
- ○ Ocean
- ○ Petroleum
- ○ Plastics
- ○ Software
- ○ Structural
- ○ Surveying
- ○ Systems
- ○ Textile
- ○ Welding
- ○ Other

**10**  If you are a graduate of an engineering curriculum, fill in the two circles that indicate the last two digits of your year of graduation. (Undergraduate degree)
*9 3*
○ Not a graduate

**11**  SCHOOL CODE
*6 2 0 1*

**12**  I am taking the Principles & Practice of Engineering Examination for the:
- ○ First time
- ○ Second time
- ● Third time (or more)

**INFORMATION IN BOXES 9–12 IS GATHERED FOR STATISTICAL PURPOSES AND HAS NO EFFECT ON SCORING.**

## DIRECTIONS
- Use only the pencil supplied by NCEES
- Make dark marks that completely fill the circle
- Erase cleanly any marks you wish to change
- Make no stray marks on this form
- Do not fold, tear, or mutilate this form

## TO BE COMPLETED BY EXAMINEE

**13**

### Report results to
### (MARK ONLY ONE)

| | | | | |
|---|---|---|---|---|
| ○ Alabama | ○ Hawaii | ○ Minnesota | ○ N. Mariana Islands | ○ Vermont |
| ○ Alaska | ○ Idaho | ○ Mississippi | ○ Ohio | ○ Virgin Islands |
| ○ Arizona | ○ Illinois | ○ Missouri | ○ Oklahoma | ○ Virginia |
| ○ Arkansas | ○ Indiana | ○ Montana | ○ Oregon | ○ Washington State |
| ○ California | ○ Iowa | ○ Nebraska | ○ Pennsylvania | ○ West Virginia |
| ○ Colorado | ○ Kansas | ○ Nevada | ● Puerto Rico | ○ Wisconsin |
| ○ Connecticut | ○ Kentucky | ○ New Hampshire | ○ Rhode Island | ○ Wyoming |
| ○ Delaware | ○ Louisiana | ○ New Jersey | ○ South Carolina | |
| ○ District of Columbia | ○ Maine | ○ New Mexico | ○ South Dakota | |
| ○ Florida | ○ Maryland | ○ New York | ○ Tennessee | ○ Alberta |
| ○ Georgia | ○ Massachusetts | ○ North Carolina | ○ Texas | ○ New Brunswick |
| ○ Guam | ○ Michigan | ○ North Dakota | ○ Utah | |

**14**

**BOOKLET NUMBER**

| | 6 | 7 | 2 | 2 |
|---|---|---|---|---|

**15**

### DARKEN THE CIRCLE BESIDE THE DISCIPLINE TO BE WORKED
### DARKEN ONLY ONE DISCIPLINE

| | |
|---|---|
| ○ Agricultural | ○ Industrial |
| ○ Architectural | ○ Mechanical |
| ○ Chemical | ○ Metallurgical |
| ● Civil | ○ Mining/Mineral |
| ○ Control Systems | ○ Naval Architecture/Marine |
| ○ Electrical/Computer | ○ Nuclear |
| ○ Environmental | ○ Petroleum |
| ○ Fire Protection | ○ Structural I |

BE SURE EACH MARK IS DARK AND COMPLETELY FILLS THE INTENDED CIRCLE.
COMPLETELY ERASE ANY MISTAKES OR STRAY MARKS.

QUESTIONS 101–140 WILL BE SCORED. (FOR ENVIRONMENTAL, QUESTIONS 101–150 WILL BE SCORED.)

## MORNING SESSION

# B

| | | | | |
|---|---|---|---|---|
| 101 Ⓐ Ⓑ Ⓒ ● | 111 Ⓐ Ⓑ Ⓒ ● | 121 Ⓐ ● Ⓒ Ⓓ | 131 Ⓐ Ⓑ ● Ⓓ | 141 Ⓐ Ⓑ Ⓒ ● |
| 102 Ⓐ ● Ⓒ Ⓓ | 112 Ⓐ Ⓑ ● Ⓓ | 122 Ⓐ ● Ⓒ Ⓓ | 132 Ⓐ ● Ⓒ Ⓓ | 142 Ⓐ Ⓑ ● Ⓓ |
| 103 Ⓐ Ⓑ ● Ⓓ | 113 Ⓐ Ⓑ Ⓒ ● | 123 Ⓐ Ⓑ Ⓒ ● | 133 Ⓐ ● Ⓒ Ⓓ | 143 Ⓐ Ⓑ ● Ⓓ |
| 104 ● Ⓑ Ⓒ Ⓓ | 114 Ⓐ Ⓑ ● Ⓓ | 124 Ⓐ Ⓑ Ⓒ ● | 134 Ⓐ ● Ⓒ Ⓓ | 144 Ⓐ ● Ⓒ Ⓓ |
| 105 ● Ⓑ Ⓒ Ⓓ | 115 Ⓐ Ⓑ Ⓒ ● | 125 Ⓐ Ⓑ Ⓒ ● | 135 Ⓐ ● Ⓒ Ⓓ | 145 Ⓐ ● Ⓒ Ⓓ |
| 106 Ⓐ Ⓑ ● Ⓓ | 116 Ⓐ Ⓑ ● Ⓓ | 126 ● Ⓑ Ⓒ Ⓓ | 136 ● Ⓑ Ⓒ Ⓓ | 146 Ⓐ ● Ⓒ Ⓓ |
| 107 Ⓐ Ⓑ ● Ⓓ | 117 ● Ⓑ Ⓒ Ⓓ | 127 ● Ⓑ Ⓒ Ⓓ | 137 ● Ⓑ Ⓒ Ⓓ | 147 ● Ⓑ Ⓒ Ⓓ |
| 108 Ⓐ Ⓑ ● Ⓓ | 118 ● Ⓑ Ⓒ Ⓓ | 128 ● Ⓑ Ⓒ Ⓓ | 138 Ⓐ ● Ⓒ Ⓓ | 148 Ⓐ ● Ⓒ Ⓓ |
| 109 Ⓐ ● Ⓒ Ⓓ | 119 ● Ⓑ Ⓒ Ⓓ | 129 Ⓐ Ⓑ ● Ⓓ | 139 Ⓐ Ⓑ ● Ⓓ | 149 ● Ⓑ Ⓒ Ⓓ |
| 110 Ⓐ ● Ⓒ Ⓓ | 120 Ⓐ ● Ⓒ Ⓓ | 130 Ⓐ Ⓑ ● Ⓓ | 140 Ⓐ Ⓑ Ⓒ ● | 150 Ⓐ ● Ⓒ Ⓓ |

Mark Reflex® form, by NCS Pearson EM-248541  5:65:1321     ED05  Printed in U.S.A.                    Copyright © 2006 by NCEES. All rights reserved.

# NATIONAL COUNCIL OF EXAMINERS FOR ENGINEERING AND SURVEYING
# PRINCIPLES & PRACTICE OF ENGINEERING EXAMINATION, PM



2 PE

## FAILURE TO COMPLETE THIS INFORMATION MAY INVALIDATE YOUR ANSWER SHEET.

**1** NAME *(Please print.)*

Camron Quin Bethrage

Last Name          First Name          Middle Initial

**2** TEST CENTER DATE AND LOCATION
*(Please print.)*

27 oct 06

Test Date

Mayaguez          PR

Test Center City          Test Center State

510

Seat Number

**3** PLEASE SIGN YOUR NAME BELOW: I affirm that I am the person whose name appears below, the answers contained herein are solely of my knowledge. I have not taken this exam in the previous 30 days, and I have read and agreed to be bound by all terms on the Candidate Information Sheet.

I further affirm that I will not remove any exam-related information from the exam room. Nor will I reveal in whole or in part any exam questions, answers, problems, or solutions to anyone during or after the exam, whether orally, in writing, on any Internet chat rooms, or otherwise. I understand that failure to comply with this statement could result in invalidation of my exam results, limit my ability to retake the exam, and/or result in other sanctions.

Signature (Do Not Print)          27 oct 06

Date

**4** NAME
First 4 Letters of Last Name | First Initial of First Name

C A M E | B

**5** DATE OF BIRTH

| Month | Day | 19-Year |
|-------|-----|---------|
| 01 Jan | 0 8 | 6 3 |

**6** EXAMINEE IDENTIFICATION NUMBER

1 0 2 6 2 1 0 7 8

## DIRECTIONS

- Use only the pencil supplied by NCEES.
- Make dark marks that completely fill the circle.
- Erase cleanly any marks you wish to change.
- Make no stray marks on this form.
- Do not fold, tear, or mutilate this form.

**7** Report results to
(MARK ONLY ONE)

- Alabama
- Alaska
- Arizona
- Arkansas
- California
- Colorado
- Connecticut
- Delaware
- District of Columbia
- Florida
- Georgia
- Guam
- Hawaii
- Idaho
- Illinois
- Indiana
- Iowa
- Kansas
- Kentucky
- Louisiana
- Maine
- Maryland
- Massachusetts
- Michigan
- Minnesota
- Mississippi
- Missouri
- Montana
- Nebraska
- Nevada
- New Hampshire
- New Jersey
- New Mexico
- New York
- North Carolina
- North Dakota
- N. Mariana Islands
- Ohio
- Oklahoma
- Oregon
- Pennsylvania
- Puerto Rico
- Rhode Island
- South Carolina
- South Dakota
- Tennessee
- Texas
- Utah
- Vermont
- Virgin Islands
- Virginia
- Washington State
- West Virginia
- Wisconsin
- Wyoming
- Alberta
- New Brunswick

NCEES USE ONLY

## TO BE COMPLETED BY EXAMINEE

**8** BOOKLET NUMBER

`1 7 0 2 2`

**9** ### DARKEN THE CIRCLE BESIDE THE DISCIPLINE TO BE WORKED
#### DARKEN ONLY ONE DISCIPLINE

| DISCIPLINES THAT <u>DO NOT</u> CONTAIN A CHOICE OF DEPTH MODULES | DISCIPLINES THAT CONTAIN A CHOICE OF DEPTH MODULES |
|---|---|
| | You must choose only one module. Failure to grid a module may cause your examination to be invalidated. |
| | **CIVIL** |
| ○ Agricultural | ○ Civil-Environmental |
| ○ Architectural | ◉ Civil-Geotechnical |
| ○ Chemical | ○ Civil-Structural |
| ○ Control Systems | ○ Civil-Transportation |
| ○ Environmental | ○ Civil-Water Resources |
| ○ Fire Protection | **ELECTRICAL and COMPUTER** |
| ○ Industrial | ○ Electrical-Computers |
| ○ Metallurgical | ○ Electrical-Electronics, Controls, & Communications |
| ○ Mining/Mineral | ○ Electrical-Power |
| ○ Naval Architecture/Marine | **MECHANICAL** |
| ○ Nuclear | ○ Mechanical-HVAC & Refrigeration |
| ○ Petroleum | ○ Mechanical-Machine Design |
| ○ Structural I | ○ Mechanical-Thermal & Fluids Systems |

BE SURE EACH MARK IS DARK AND COMPLETELY FILLS THE INTENDED CIRCLE.
COMPLETELY ERASE ANY MISTAKES OR STRAY MARKS.

QUESTIONS 501–540 WILL BE SCORED. (FOR ENVIRONMENTAL, QUESTIONS 501–550 WILL BE SCORED.)

## AFTERNOON SESSION

# B

| | | | | |
|---|---|---|---|---|
| 501 Ⓐ Ⓑ ⬤ ⬤ Ⓓ | 511 Ⓐ Ⓑ Ⓒ ⬤ | 521 ⬤ Ⓑ Ⓒ Ⓓ | 531 ⬤ Ⓑ Ⓒ Ⓓ | 541 Ⓐ Ⓑ Ⓒ Ⓓ |
| 502 Ⓐ Ⓑ ⬤ Ⓓ | 512 Ⓐ Ⓑ Ⓒ ⬤ | 522 ⬤ Ⓑ Ⓒ Ⓓ | 532 ⬤ Ⓑ Ⓒ Ⓓ | 542 Ⓐ Ⓑ Ⓒ Ⓓ |
| 503 Ⓐ Ⓑ ⬤ Ⓓ | 513 Ⓐ Ⓑ Ⓒ ⬤ | 523 Ⓐ Ⓑ Ⓒ ⬤ | 533 Ⓐ Ⓑ Ⓒ ⬤ | 543 Ⓐ Ⓑ Ⓒ Ⓓ |
| 504 Ⓐ Ⓑ Ⓒ ⬤ | 514 Ⓐ Ⓑ Ⓒ ⬤ | 524 Ⓐ Ⓑ Ⓒ ⬤ | 534 Ⓐ Ⓑ Ⓒ ⬤ | 544 Ⓐ Ⓑ Ⓒ Ⓓ |
| 505 Ⓐ Ⓑ Ⓒ ⬤ | 515 Ⓐ Ⓑ ⬤ Ⓓ | 525 Ⓐ Ⓑ Ⓒ ⬤ | 535 Ⓐ Ⓑ Ⓒ ⬤ | 545 Ⓐ Ⓑ Ⓒ Ⓓ |
| 506 Ⓐ ⬤ Ⓒ ⬤ | 516 Ⓐ Ⓑ Ⓒ ⬤ | 526 Ⓐ Ⓑ ⬤ Ⓓ | 536 Ⓐ Ⓑ ⬤ Ⓓ | 546 Ⓐ Ⓑ Ⓒ Ⓓ |
| 507 Ⓐ ⬤ Ⓒ Ⓓ | 517 Ⓐ Ⓑ Ⓒ ⬤ | 527 Ⓐ Ⓑ ⬤ Ⓓ | 537 Ⓐ Ⓑ ⬤ Ⓓ | 547 Ⓐ Ⓑ Ⓒ Ⓓ |
| 508 Ⓐ ⬤ Ⓒ Ⓓ | 518 Ⓐ Ⓑ Ⓒ ⬤ | 528 Ⓐ Ⓑ ⬤ Ⓓ | 538 Ⓐ ⬤ Ⓒ Ⓓ | 548 Ⓐ Ⓑ Ⓒ Ⓓ |
| 509 ⬤ Ⓑ Ⓒ Ⓓ | 519 ⬤ Ⓑ Ⓒ Ⓓ | 529 Ⓐ Ⓑ Ⓒ Ⓓ | 539 Ⓐ Ⓑ ⬤ Ⓓ | 549 Ⓐ Ⓑ Ⓒ Ⓓ |
| 510 ⬤ Ⓑ Ⓒ Ⓓ | 520 Ⓐ Ⓑ Ⓒ Ⓓ | 530 Ⓐ Ⓑ Ⓒ Ⓓ | 540 Ⓐ Ⓑ ⬤ Ⓓ | 550 Ⓐ Ⓑ Ⓒ Ⓓ |

Copyright © 2006 by NCEES. All rights reserved.   Mark Reflex© forms by NCS Pearson EM-248543 6:65-1321   ED05   Printed in U.S.A.

# Exhibit C

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America



**Form TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

R# **TX 6-466-566**

*TX6466566464*

EFFECTIVE DATE OF REGISTRATION

**DEC 0 5 2006**
Month          Day          Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**TITLE OF THIS WORK ▼**

National Council of Examiners for Engineering and Surveying Examination  Form 0610 October 2006 Administration (see continuation sheet)

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.  **Title of Collective Work ▼**

If published in a periodical or serial give: **Volume ▼**      **Number ▼**      **Issue Date ▼**      **On Pages ▼**

## 2

**a** **NAME OF AUTHOR ▼**

National Council of Examiners for Engineering and Surveying

**DATES OF BIRTH AND DEATH**
Year Born ▼      Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ United States
Domiciled in▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes ☑ No
Pseudonymous?  ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
Author compilation   new test questions added

### NOTE

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼      Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼      Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

## 3

**a** **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given ONLY if this work has been published.
2006 ◀Year  in all cases.

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Month ▶ October  Day▶ 27  Year▶ 2006
United States                    ◀ Nation

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

National Council of Examiners for Engineering and Surveying
PO Box 1686
Clemson SC 29633-1686

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

See instructions before completing this space.

**APPLICATION RECEIVED**
Dec 05 2006
**ONE DEPOSIT RECEIVED**
Dec 05 2006
**TWO DEPOSITS RECEIVED**

**FUNDS RECEIVED**

DO NOT WRITE HERE
OFFICE USE ONLY

---

**MORE ON BACK ▶**  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.  • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of _____ pages

| EXAMINED BY | | FORM TX |
| --- | --- | --- |
| CHECKED BY | | |
| | CORRESPONDENCE ☐ Yes | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**5**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☑ Yes   ☐ No   If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☑ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▶ TX 6-350-314       Year of Registration ▶ 2006

**6**

**DERIVATIVE WORK OR COMPILATION**
Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates. ▼     **a**

Previously published test questions

Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼     **b**

New compilation   new test questions added

See instructions before completing this space.

**7**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.     **a**
Name ▼                                         Account Number ▼

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/Zip ▼     **b**
Ashley Cheney, NCEES Manager of Exam Publications
PO Box 1686
Clemson SC 29633-1686

Area code and daytime telephone number ▶ 864-654-6824          Fax number ▶ 864-654-6966
Email ▶  acheney@ncees.org

**8**

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
                                        Check only one ▶
☑ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☐ authorized agent of _____
of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.
                    Name of author or other copyright claimant, or owner of exclusive right(s) ▲

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Ashley Cheney                                              Date ▶ 11/1/06

Handwritten signature (X) ▼

X   Ashley Cheney

**9**

| Certificate will be mailed in window envelope to this address: | Name ▼ Ashley Cheney, NCEES Manager of Exam Publications |
| --- | --- |
| | Number/Street/Apt ▼ PO Box 1686 |
| | City/State/ZIP ▼ Clemson SC 29633-1686 |

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in space 8
**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material
**MAIL TO:**
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6222

*17 USC § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form TX  Rev: 07/2006  Print: 07/2006—30,000  Printed on recycled paper                    U.S. Government Printing Office: 2004-320-836/60,123

# Continuation Sheet
# for Application Forms



**Form TX/CON**

UNITED STATES COPYRIGHT OFFICE

REG  **TX 6-466-566**

PA | PAU | SE | SEG | SEU | SR | SRU | TX | TXU | VA | VAU

EFFECTIVE DATE OF REGISTRATION

**DEC 0 5 2006**

(Month)        (Day)        (Year)

CONTINUATION SHEET RECEIVED

Dec   05   2006

Page  3  of  4  pages

- This Continuation Sheet is used in conjunction with Forms CA, PA, SE, SR, TX, and VA only. Indicate which basic form you are continuing in the space in the upper right-hand corner.
- Try to fit the information called for into the spaces provided on the basic form.
- If you do not have enough space on the basic form, use this Continuation Sheet, and submit it with the basic form.
- If you submit this Continuation Sheet, clip (do not tape or staple) it to the basic form and fold the two together before submitting them.
- Space A of this sheet is intended to identify the basic application.
  Space B is a continuation of space 2 on the basic application.
  Space B is not applicable to Short Forms.
  Space C (on the reverse side of this sheet) is for the continuation of Spaces 1, 4, or 6 on the basic application or for the continuation of Space 1 on any of the three Short Forms PA, TX, or VA.

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

---



**A**
Identification of Application

**IDENTIFICATION OF CONTINUATION SHEET:** This sheet is a continuation of the application for copyright registration on the basic form submitted for the following work:
- TITLE: Give the title as given under the heading "Title of this Work" in space 1 of the basic form.
  National Council of Examiners for Engineering and Surveying Examination  Form 0610 October 2006 Administration

- NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S): Give the name and address of at least one copyright claimant as given in space 4 of the basic form or space 2 of any of the Short Forms PA, TX, or VA.
  National Council of Examiners for Engineering and Surveying Examination, PO Box 1686, Clemson SC 29633-1686

---

**B**
Continuation of Space 2

**d**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born▼        Year Died▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by the author in which copyright is claimed. ▼

---

**e**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born▼        Year Died▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by the author in which copyright is claimed. ▼

---

**f**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born▼        Year Died▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by the author in which copyright is claimed. ▼

---

*Use the reverse side of this sheet if you need more space for continuation of spaces 1, 4, or 6 of the basic form or for the continuation of Space 1 on any of the Short Forms PA, TX, or VA.*

CONTINUATION OF (Check which):   ☑ Space 1   ☐ Space 4   ☐ Space 6

National Council of Examiners for Engineering and Surveying Examination
Form 0610 October 2006 Administration consists of 34 booklets

**C**
Continuation
of other
Spaces

Principles and Practice of Engineering Exam
  Agricultural – Morning Session
  Agricultural – Afternoon Session
  Chemical – Morning Session
  Chemical – Afternoon Session
  Civil – Morning Session
  Civil – Afternoon Session
  Control Systems – Morning Session
  Control Systems – Afternoon Session
  Electrical and Computer – Morning Session
  Electrical and Computer – Afternoon Session
  Environmental – Morning Session
  Environmental – Afternoon Session
  Fire Protection – Morning Session
  Fire Protection – Afternoon Session
  Industrial – Morning Session
  Industrial – Afternoon Session
  Mechanical – Morning Session
  Mechanical – Afternoon Session
  Metallurgical – Morning Session
  Metallurgical – Afternoon Session
  Mining/Mineral – Morning Session
  Mining/Mineral – Afternoon Session
  Nuclear – Morning Session
  Nuclear – Afternoon Session
  Petroleum – Morning Session
  Petroleum – Afternoon Session
  Structural I – Morning Session
  Structural I – Afternoon Session
  Structural II – Morning Session
  Structural II – Afternoon Session

Fundamentals of Surveying – Morning Session
Fundamentals of Surveying – Afternoon Session

Principles and Practice of Surveying – Morning Session
Principles and Practice of Surveying – Afternoon Session

| Certificate will be mailed in window envelope to this address: | Name ▼ | **D** |
|---|---|---|
| | Ashley Cheney, NCEES Manager of Exam Publications | |
| | Number/Street/Apt ▼ | |
| | PO Box 1686 | |
| | City/State/Zip ▼ | |
| | Clemson SC 29633-1686 | |

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE
1. Application form
2. Nonrefundable fee in check or money order payable to Register of Copyrights
3. Deposit Material

MAIL TO:
Library of Congress, Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

# Exhibit D

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

**TX 6-295-288**



EFFECTIVE DATE OF REGISTRATION

| 12 | 13 | 05 |
|---|---|---|
| Month | Day | Year |

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**TITLE OF THIS WORK ▼**
Fundamentals of Engineering Examination  October 2005 Administration
Forms 0510A, 0510B, and 0510C Morning Session and Form 0510 Afternoon Session

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.   **Title of Collective Work ▼**

If published in a periodical or serial give: Volume ▼       Number ▼       Issue Date ▼       On Pages ▼

## 2

**a** **NAME OF AUTHOR ▼**
National Council of Examiners for Engineering and Surveying

**DATES OF BIRTH AND DEATH**
Year Born ▼       Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ United States
Domiciled in▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☑ No
Pseudonymous?   ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP**  Briefly describe nature of material created by this author in which copyright is claimed. ▼
Author of compilation  new test questions added

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼       Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP**  Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼       Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP**  Briefly describe nature of material created by this author in which copyright is claimed. ▼

## 3

**a** **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED**  This information must be given
2005  ◀ Year  in all cases.

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**  Complete this information Month ▶ ONLY if this work has been published.   United States  Day ▶ 28  Year ▶ 2005  ◀ Nation

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
National Council of Examiners for Engineering and Surveying
PO Box 1686
Clemson SC 29633-1686

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

See instructions before completing this space.

APPLICATION RECEIVED
DEC 13 2005
ONE DEPOSIT RECEIVED
DEC 13 2005
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

DO NOT WRITE HERE
OFFICE USE ONLY

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.       • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of _____ pages

| EXAMINED BY | | FORM TX |
|---|---|---|
| CHECKED BY | | |
| ☐ CORRESPONDENCE Yes | | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☑ Yes  ☐ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☑ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▶ TX 6-191-900    **Year of Registration** ▶ 2005

**5**

**DERIVATIVE WORK OR COMPILATION**

Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

Previously published test questions

**a**

Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

New compilation  new test questions added   .

**b**

**6**

See instructions before completing this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼                                      Account Number ▼

**a**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/ZIP ▼

Ashley Cheney, Manager of Exam Publications
PO Box 1686
Clemson SC 29633-1686

**b**

**7**

Area code and daytime telephone number ▶ 864-654-6824    Fax number ▶ 864-654-6966

Email ▶ acheney@ncees.org

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check only one ▶

☑ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☐ authorized agent of _____

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Ashley Cheney                                      Date ▶ 11/11/05

Handwritten signature (X) ▼

X  _Ashley Cheney_

| Certificate will be mailed in window envelope to this address: | Name ▼ Ashley Cheney, NCEES Manager of Exam Publications | **9** |
|---|---|---|
| | Number/Street/Apt ▼ PO Box 1686 | |
| | City/State/ZIP ▼ Clemson SC 29633 | |

* 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: July 2003—xxx  Web Rev: July 2003  ⊗ Printed on recycled paper                                      U.S. Government Printing Office: 2000-481-113/20,021