# Exhibit B

Cameron Ortiz expresa arrepentimiento

# Acepta culpa por fraude con examen

La joven grabó los exámenes de reválida de ingenieros

**MAELO VARGAS SAAVEDRA**
Primera Hora

**MAYAGÜEZ** Culpable y arrepentida.

La joven Betzaida Cameron Ortiz, expresando arrepentimiento, se declaró ayer culpable frente al juez Arnaldo Irizarry por cargos de fraude agravado en cuarto grado.

Contra Cameron Ortiz pesan cuatro cargos por grabar en dos ocasiones los exámenes de la reválida de ingenieros que se suministraron en octubre de 2005 y 2006 en el Recinto Universitario de Mayagüez (RUM).

▸ ¿Usted está renunciando a que yo la presuma inocente?
-Sí, señor

Cameron Ortiz estuvo acompañada por sus abogados Francisco Acevedo y Javier Santiago.

El juez Irizarry aceptó la alegación de culpabilidad de Cameron Ortiz por dos violaciones al artículo 210 inciso B del Código Penal ya que sin autorización, y con un sistema electrónico, grabó las preguntas y contestaciones de la reválida de ingenieros de 2006.

En el equipo electrónico que le ocupó el agente Víctor Pérez, de la Unidad de Delitos contra la Propiedad, encontró que también había grabado el examen de la reválida de octubre de 2005.

Inicialmente, contra la acusada pesaban dos cargos adicionales de apropiación ilegal agravada, pero fueron desestimados por la jueza Aixa Rosado Pietri cuando la defensa alegó que el grabar las preguntas y respuestas del examen no constituían los delitos imputados.

El juez Irizarry señaló para el 27 de mayo la vista de sentencia y ordenó que se realice un informe presentencia que ayudará a determinar si la convicta cualifica para una sentencia suspendida.

Por el delito de fraude agravado en cuarto grado Cameron Ortiz enfrenta a una pena de entre seis meses y un día de cárcel, hasta tres años de prisión, y cualifica para probatoria si el informe del oficial sociopenal resulta favorable.

El fiscal Pablo Colón trajo como testigo de cargo desde Estados Unidos a Robert Whorton, del Consejo Nacional para Ingenieros y Agrimensores, y a Andrea Bledsoe, vicepresidenta del Servicio de Credenciales Profesionales, entidad que supervisa el procedimiento de la reválida que se les ofrece a los aspirantes al ejercicio de la ingeniería y la agrimensura.

El fiscal Colón dijo que las 180 preguntas y respuestas que grabó Cameron Ortiz tuvieron que ser retiradas y reemplazadas, lo que le provocó pérdidas al Consejo Nacional de Ingenieros y Agrimensores, estimadas en más de un millón de dólares.

"Esto envía un mensaje que esta conducta no debe ser permitida, y que tanto la fiscalía como los tribunales estarán pendientes que profesionales a los que se les requiere unos estudios y un nivel de honor, no incurran en este delito porque serán procesados", dijo el fiscal Colón.

Mientras, el abogado Acevedo dijo que la joven le dijo que estaba arrepentida y que por eso admitió los hechos.

"Entendemos que esta joven, que ha mostrado su arrepentimiento y no tiene récord, debe ser una buena candidata para una probatoria y vamos a plantearle al juez un atenuante en vista de que no hay duda que está arrepentida e hizo alegación de culpabilidad", expresó Acevedo.



El 27 de mayo se dictará sentencia contra Betzaida Cameron Ortiz, quien se declaró culpable de cometer fraude. La acompañan sus abogados Francisco Acevedo y Javier Santiago.

**DE SU BOCA**

❝ Esto envía un mensaje que esta conducta no debe ser permitida, y que tanto la fiscalía como los tribunales estarán pendientes que profesionales a los que se les requiere unos estudios y un nivel de honor, no incurran en este delito porque serán procesados"

Pablo Colón / Fiscal